UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:19-cv-2241 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JERRY LAMBERD, ) | |
| WYANDOTTE COUNTY, and ) | |
| KANSAS DEPARTMENT OF REVENUE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Pursuant to D. Kan. R. 16.3(c)(2) and 16.3(c)(4), the United States has filed an unopposed motion requesting relief from the requirement that a person with settlement authority attend mediation in person in the above-captioned matter.

Upon review of the motion, and for good cause, it is hereby ORDERED that the United States' motion is **GRANTED**. The United States shall attend mediation through the in-person attendance of trial counsel, while the official with settlement authority on behalf of the United States shall be available telephonically for consultation with trial counsel for the duration of the mediation session.

IT IS SO ORDERED.

Dated November 18, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge